```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ALTAUNE BROWN,                                              :
                                                            :
                              Plaintiff,                    :
                                                            :           22-CV-587 (VSB)
                  -against-                                 :
                                                            :               ORDER
LAMAR'S BAGEL EXPRESS, CORP. and                            :
197 MADISON HOLDINGS LLC,                                   :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

      Plaintiff filed this action on January 21, 2022. (Doc. 1). On February 22, 2022, Plaintiff filed affidavits of service indicating that both Defendants were served on February 8, 2022. (Docs. 6–7.) Defendants' responses to Plaintiff's complaint were due on March 1, 2022. (*Id.*) Defendants have yet to respond to the complaint or appear in this action. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than March 24, 2022. If Plaintiff fails to do so or otherwise demonstrates that he does not intend to prosecute, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    March 7, 2022
               New York, New York

                                                                      VERNON S. BRODERICK
                                                                     United States District Judge